ORIGINAL

UNITED STATES DISTRICT COURT  SEND
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

CASE NO. CR 92-87-RSWL                    DATE: January 9, 2006

PRESENT: HONORABLE RONALD S.W. LEW, JUDGE

| Kelly Davis | Sheri Kleeger | Brent Whittlesey |
|---|---|---|
| Court Clerk | Court Reporter | Asst. U.S. Attorney |

U.S.A. v. DEFENDANT:                      ATTORNEY FOR DEFENDANT:

1) RICHARD DAVID LAVALLE              1) DARLENE RICKER
   XX Present    XX Custody              XX Present    XX APTD

PROCEEDINGS: PRELIMINARY REVOCATION OF SUPERVISED RELEASE
             (Non-Evidentiary)

Court and counsel confer. The defendant admitted the four allegations, as stated in the Petition on Probation and Supervised Release filed December 5, 2005. The defendant admitted the violations and the Court finds that the defendant violated the conditions of Supervised Release. Supervised Release is hereby revoked and the defendant is committed to the custody of the Bureau of Prisons for a term of eleven (11) months with a two year term of supervised release to follow under the same terms and conditions as previously stated in the Judgment and Commitment Order dated November 8, 1999. The Court recommends placement outside the West Coast region.


cc: USPO - Jarrod Kennelly


Time: 15 minutes  ENTER ON CMS

JAN 10 2006

MINUTES FORM 6                          INITIALS OF DEPUTY CLERK kd
CRIM-GEN

